No. 5167. Lewis v. Licavoli. App. Dept., Super. Ct. Cal., County of San Francisco. Motion to defer consideration of the petition for certiorari granted.

No. 5317. McConney v. United States Court of Appeals for the Ninth Circuit et al.; and

No. 5494. Kamsler v. Hoffman, U. S. District Judge. Motions for leave to file petitions for writs of mandamus denied.

No. 5295. Addonizio v. Barlow, U. S. District Judge. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 133. United States v. Thirty-Seven (37) Photographs (Luros, Claimant). Appeal from D. C. C. D. Cal. Probable jurisdiction noted.

No. 160. United States v. Maryland Savings-Share Insurance Corp. Appeal from D. C. Md. Probable jurisdiction noted.

No. 534. United States v. Reidel. Appeal from D. C. C. D. Cal. Probable jurisdiction noted and case set for oral argument with No. 133, supra.

No. 5257. Labine, Tutrix v. Vincent, Administrator. Appeal from Sup. Ct. La. Motion for leave to proceed in forma pauperis granted. Probable jurisdiction noted.

No. 125. United States v. Randall, Trustee in Bankruptcy. C. A. 7th Cir. Certiorari granted.